IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| NANCY MADER, Personal Representative of the Estate of ROBERT MADER, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:08CV119 |
| vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

A planning conference was held in chambers on October 9, 2008 pursuant to Fed. R. Civ. P. 16. John P. Ellis represented the plaintiff. Frederick D. Franklin and Lynette Wagner represented the defendant. After reviewing the status of the case, and by agreement of all parties,

**IT IS ORDERED:**

1. Plaintiff shall respond to the government's Motion to Dismiss [15] on or before **November 10, 2008.** Any reply brief shall be filed within the time allowed by NECivR 7.1(c).

2. A planning conference will be scheduled, if necessary, after the district court rules on the Motion to Dismiss.

**DATED October 9, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**