# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 09-1025
_____

Nancy Mader, Personal Representative of the Estate of Robert Mader,

                Plaintiff - Appellant

                    v.

           United States of America,

                Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:08-cv-00119-LSC)
_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued en banc by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 07, 2011

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans