# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 09-1025

Nancy Mader, Personal Representative of the Estate of Robert Mader

Appellant

v.

United States of America

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:08-cv-00119-LSC)

---

## MANDATE

In accordance with the opinion and judgment of 09/07/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 31, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit